

# THE SUPREME COURT OF TEXAS

**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

June 25, 2015

Mr. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:     Case Number:  13-0552
        Court of Appeals Number:  01-11-00201-CV
        Trial Court Number:  0965221

Style:  SHELL OIL COMPANY AND SHELL INTERNATIONAL, E&P, INC.
        v.
        ROBERT WRITT

Dear Mr. Daniel:

The judgment of the Supreme Court of Texas is final in the above referenced cause and the enclosed mandate was issued today.  Enclosed with the mandate is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

Sincerely,

Blake A. Hawthorne, Clerk

by Monica Zamarripa, Deputy Clerk

cc:     Kenneth David Hughes (DELIVERED VIA E-MAIL)
        Mr. James C. Ho (DELIVERED VIA E-MAIL)
        Mr. Robert B. Dubose (DELIVERED VIA E-MAIL)
        Michael Mukasey (DELIVERED VIA E-MAIL)
        Mr. Christopher Prine (DELIVERED VIA E-MAIL)
        Ms. Macey Reasoner Stokes (DELIVERED VIA E-MAIL)